■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN EISEMAN, Appellant. [825 NYS2d 177]—Judgments, Supreme Court, New York County (James A. Yates, J.), rendered on or about September 17, 2003, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Friedman, Sullivan, Williams and Gonzalez, JJ.